**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JACINTA DANKS,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILLIP GRAYSON, DANIEL GRAYSON, CHASE LAWLER, NICHOLAS GAGLIANO, NATHAN HODGES, JOSHUA ZURITA, BRITTANY MAYER, JEFFREY FITZMORRIS, BRANDON MCCORMICK, VICTORIA SCHOEN, MICHAEL J. GLASER, and THE CITY OF KENNER,<br><br>*Defendants*. | CIVIL ACTION NO. 2:21-cv-1806<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Janis van Meerveld |

**PLAINTIFF'S RULE 56(d) MOTION TO STAY**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Jacinta Danks ("Ms. Danks" or "Plaintiff"), who respectfully submits this Rule 56(d) Motion to Stay the summary judgment portion of the Motion to Dismiss for Failure to State a Claim; Alternatively, Motion for Summary Judgment, ECF No. 50, filed by Defendants City of Kenner, Police Chief Michael J. Glaser, Phillip Grayson, Daniel Grayson, Chase Lawler, Nicholas Gagliano, Nathan Hodges, Joshua Zurita, Brittany Mayer, Jeffrey Fitzmorris, Brandon McCormick, and Victoria Schoen (collectively, "Defendants"). Ms. Danks submits that Defendants' Motion for Summary Judgment should be denied and/or stayed, pursuant to Federal Rule of Civil Procedure 56(d), as more fully set forth in the accompanying Memorandum of Law and Declaration in Support.

Respectfully submitted,

Dated: August 17, 2022

*/s/ Michael Balascio*

Michael A. Balascio (LA Bar No. 33715)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
mbalascio@barrassousdin.com

Nora Ahmed (admitted *pro hac vice*)
Erin Bridget Wheeler (LA Bar No. 37546)
AMERICAN CIVIL LIBERTIES UNION OF
LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 444-6046
nahmed@laaclu.org
bwheeler@laaclu.org

and

Steven M. Schatz (admitted *pro hac* vice)
David J. Berger (admitted *pro hac vice*)
Mikaela Burkhardt (admitted *pro hac vice*)
Cristina Mora (admitted *pro hac vice*)
Courtney Reed (admitted *pro hac vice*)
Jacob Shepherd (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
sschatz@wsgr.com
dberger@wsgr.com
mburkhardt@wsgr.com
cmora@wsgr.com
courtney.reed@wsgr.com
jshepherd@wsgr.com

Tonia Ouellette Klausner (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
tklausner@wsgr.com

John C. Roberts, Jr. (admitted *pro hac* vice)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
jroberts@wsgr.com

Stephanie C. Cheng (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West 5th Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Stephanie.cheng@wsgr.com

*Attorneys for Plaintiff Jacinta Danks*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, facsimile, email, and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 17th day of August 2022.

/s/ *Michael A. Balascio*